

IN THE DISTRICT COURT OF PHILADELPHIA COUNTY PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq. **Plaintiff (Petitioner)** | CASE and/or DOCKET No.: 16-06318 |
| | Sheriff's Sale Date: _____ |
| V. | |
| MARIANO COLON; et al. **Defendant (Respondent)** | |

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, COREY BRADFORD, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served MARIANO COLON the above process on the 27 day of February, 2017, at 4:00 o'clock, PM, at 4612 E 22ND AVE TAMPA, FL 33605

**Manner of Service:**

[X] By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

[ ] By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

[ ] By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

\* Name: MADELINE COLON
Relationship/Title/Position: SPOUSE
Remarks: _____
Description: Approximate Age 46-50   Height 5FT 4IN - 5FT 7IN   Weight 231 LBS - 250 LBS   Race WHITE   Sex FEMALE   Hair BLACK

Commonwealth/State of Florida   )
                                 ) SS:
County of Hillsborough          )

Before me, the undersigned notary public, this day, personally, appeared **Corey Bradford** to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158217
Case ID #: 4816465

Subscribed and sworn to before me
this _1_ day of March, 20_17_.

_Lynda Cristiano_
Notary Public


LYNDA CRISTIANO
MY COMMISSION # GG 048639
EXPIRES: December 2, 2020
Bonded Thru Notary Public Underwriters